O

NO JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DIANA TOROUSSIAN, | ) | Case No. CV 12-03519 DDP (AGRx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER GRANTING DEFENDANT ASSET** |
| | ) | **ACCEPTANCE, LLC'S MOTION TO** |
| ASSET ACCEPTANCE, LLC, a | ) | **DISMISS** |
| Delaware Limited Liability | ) | |
| Company; MIDLAND CREDIT | ) | |
| MANAGEMENT INC., a Kansas | ) | |
| corporation, | ) | |
| | ) | |
| Defendants. | ) | [Dkt. No. 12] |
| _____ | ) | |

Presently before the court is Defendant Asset Acceptance, LLC's Motion to Dismiss.  Because Plaintiff has not filed an opposition, the court GRANTS the motion.

Central District of California Local Rule 7-9 requires an opposing party to file an opposition to any motion at least twenty-one (21) days prior to the date designated for hearing the motion. C.D. Cal. L.R. 7-9.  Additionally, Local Rule 7-12 provides that "[t]he failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of the motion."  C.D. Cal. L.R. 7-12.

1      The hearing on Defendant's motion was set for October 29,

2 2012.  Plaintiff's opposition was therefore due by October 8, 2012.

3 As of the date of this Order, Plaintiff has not filed an

4 opposition, or any other filing that could be construed as a

5 request for a continuance.  Accordingly, the court deems

6 Plaintiff's failure to oppose as consent to granting the motion to

7 dismiss, and GRANTS the motion.

8

9

10 IT IS SO ORDERED.

11

12

13 Dated: October 24, 2012

14                        DEAN D. PREGERSON
                       United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28