JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA TOROUSSIAN, an individual;<br><br>  Plaintiff,<br><br>  vs.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,<br><br>  Defendants. | Case No. 2:12-cv-03519-DDP-AGR<br><br>**JUDGMENT** |

In accordance with this Court's Order dated October 4, 2013, **IT IS ORDERED, ADJUDGED AND DECREED** that:

 1. Judgment is entered in favor of Defendant Midland Credit Management, Inc. against Plaintiff Diana Toroussian and Plaintiff shall take nothing by her claims against Defendant for:

 a. Violation of California Civil Code § 1798.93(c)(5) & (c)(6);

 b. Violation of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. §§ 1681-1681x;

 c. Violation of the Consumer Credit Reporting Agencies Act

("CCRAA"), Cal. Civ. Code §§ 1785.1-1785.36;

    d.    Violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §§ 1601-1692p;

    e.    Violation of the Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act"), Cal. Civ. Code §§ 1788-1788.33; and,

    f.    libel.

2.    The foregoing claims are dismissed with prejudice.

3.    This Court declines to exercise supplemental jurisdiction over Plaintiff's claim against Defendant for violation of California Civil Code § 1798.93(c)(1), (c)(2), & (c)(3).

4.    Plaintiff's claim for violation of California Civil Code § 1798.93(c)(1), (c)(2), & (c)(3) is dismissed without prejudice.

5.    As no further claims are before this Court, this case is dismissed.

DATED: October 04, 2013

*[signature]*

United States District Judge